UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

03-60143

Case No. **CR-MARRA**   MAGISTRATE JUDGE SELTZER

18 U.S.C. 1542

UNITED STATES OF AMERICA )
)
v. )
)
RUFINO RODOLFO NUNEZ, )
a/k/a Carlos Rios, )
)
        Defendant. )
_____)

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about June 9, 1999, in Mendoza, Argentina, the defendant,

**RUFINO RODOLFO NUNEZ,
a/k/a Carlos Rios,**

whose last known residence is in Broward County, in the Southern District of Florida, knowingly and willfully made a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, that is, the defendant falsely claimed to be a citizen of the United States born in Texas, when, in truth and in fact, as the defendant then and there well knew, he was not a citizen of the

United States born in ~~the~~ Texas, in violation of Title 18, United States Code, Sections 1542, 3238, and 2.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

*[signature]*
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.
RUFINO RODOLFO NUNEZ
a/k/a "Carlos Rios

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:

New Defendant(s)      Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

**Court Division**: (Select One)

___ Miami      ___ Key West
_X_ FTL        ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)  __No__
   List language and/or dialect   __English__

4. This case will take  _3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_         Petty     ___
   II   6 to 10 days     ___         Minor     ___
   III  11 to 20 days    ___         Misdem.   ___
   IV   21 to 60 days    ___         Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  __No__
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No)  __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)  __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  __ Yes  _X_ No   If yes, was it pending in the Central Region? __ Yes __ No

8. Did this case originate in the Narcotics Section, Miami?  __ Yes  _X_ No

                    _____
                    ROBIN S. ROSENBAUM
                    ASSISTANT UNITED STATES ATTORNEY
                    Florida Bar No. 908223

*Penalty Sheet(s) attached                                  REV.6/27/00
N:\HPantaleo\ROSENBAUM\stone\INDPKG.wpd

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: RUFINO RODOLFO NUNEZ, a/k/a "Carlos Rios"   No.:_____

Count #I:
False statement in passport application; in violation of 18:1542

*Max Penalty: 10 years' imprisonment; 3 years' supervised release; $250,000 fine

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96