AO 442 (Rev. 12/85) Warrant for Arrest   AUSA ROBIN S. ROSENBAUM  DSS S/A David C. Nieland (305) 536-5781

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

vs.

RUFINO RODOLFO NUNEZ
a/k/a "Carlos Rios"

**WARRANT FOR ARREST**

CASE NUMBER: 03-60143 CR-MARRA
MAGISTRATE JUDGE SELTZER

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __RUFINO RODOLFO NUNEZ__
                                             Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   False statement in Passport Application;

in violation of Title _18_ United States Code, Sections _1542_

CLARENCE MADDOX
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $Pre-trial Detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

June 26, 2003 Fort Lauderdale, Florida
Date and Location

by _BARRY S. SELTZER, U.S. Magistrate Judge_
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ RUFINO RODOLFO NUNEZ _____

ALIAS: _____ Carlos Rios _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____ DSS, 51 SW 1st Avenue, Suite 404, Miami, Florida 33130 _____

S/A David C. Nieland (305) 536-5781